Dear Judge,

Is it possible to keep this complaint sealed untill the missing documents are looked into?

Because of what was talked about at the visits now missing. I have reason to be concerned of retaliation.

RECEIVED 19 SEP 10 PM 2:58 THOMAS M. GOULD CLERK, U.S. DISTRICT COURT W/D OF TN MEMPHIS